

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00354-CV

**IN RE** Amy Sue **DEFONCE**

Original Proceeding[1]

**ORDER**

After considering the petition and this record, this court concludes relator did not show she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for temporary relief is **DENIED** as **MOOT**.

It is so **ORDERED** on June 29, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 21-1978-CV-C, styled *In the Interest of C.M.W., a Child*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old III presiding.